| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter   11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  American Transport Solutions, Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-1923534

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3 Longmeadow Way<br>Lemont, IL 60439<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Will<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  American Transport Solutions, Inc.          Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4841

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  American Transportation Systems, Inc.       Relationship  Affiliate

Debtor __American Transport Solutions, Inc._____ Case number (*if known*)_____
　　　　Name

|  | District | Northern District of Illinois | When | 4/20/24 | Case number, if known _____ |

**11. Why is the case filed in *this district*?**　*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**　*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　　　　　　☐ 1,000-5,000　　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　　☐ 5001-10,000　　　　　　☐ 50,001-100,000
☐ 100-199　　　　　　☐ 10,001-25,000　　　　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

Debtor  American Transport Solutions, Inc.  Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 20, 2024
              MM / DD / YYYY

X  /s/ Senad Mujcinovic                                 Senad Mujcinovic
   Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

X  /s/ Joel Schechter                        Date   April 20, 2024
   Signature of attorney for debtor                 MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267    Email address  joelschechter1953@gmail.com

3122099 IL
Bar number and State

Debtor: American Transport Solutions, Inc.    Case number (if known) _____
    Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 20, 2024
                 MM / DD / YYYY

X _____    Senad Mujcinovic
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X _____    Date  April 20, 2024
Signature of attorney for debtor    MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267    Email address  joelschechter1953@gmail.com

3122099 IL
Bar number and State

Fill in this information to identify the case:

Debtor name: American Transport Solutions, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| BMO Harris Bank N.A. 300 East John Carpenter Freeway Irving, TX 75062-2712 | | 2021 Freightliner Cascadia, x5080 | | $120,000.00 | $115,000.00 | $5,000.00 |
| Daimler Truck Financial 14372 Heritage Parkway Suite 400 Fort Worth, TX 76117 | | deficiency balance after sale of repossessed vehicle | | | | $38,136.52 |
| Marlin Business Bank P.O. Box 1626 Mount Laurel, NJ 08054 | | guaranty of debt of American Transportation | | | | $0.00 |
| Mercedes Benz Financial Services USA P.O. Box 5260 Carol Stream, IL 60197 | | possible deficiency balance | | | | $0.00 |
| Mitsubishi HC Capital America, Inc. P.O. Box 128 Itasca, IL 60143 | | possible deficiency balance | | | | $0.00 |
| Siemens Financial Services, Inc. 301 Lindenwood Drive Malvern, PA 19355 | | 2021 Freightliner PT126SLP, x3629 2021 Freightliner PT126SLP, x3632 | | $230,000.00 | $210,000.00 | $20,000.00 |
| Webster Capital Finance, Inc. P.O. Box 1654 Cedar Rapids, IA 52406-1654 | | guaranty of debt of American Transportation | | | | $0.00 |

Debtor   American Transport Solutions, Inc.               Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Wells Fargo Equipment Finance, Inc. 600 South 4th Street Minneapolis, MN 55415 | | possible deficiency balance | | | | $0.00 |

American Transportation Systems, Inc.
3 Longmeadow Way
Lemont, IL 60439


BMO Harris Bank N.A.
300 East John Carpenter Freeway
Irving, TX 75062-2712


BMO Harris Bank N.A.
P.O. Box 35704
Billings, MT 59107


Daimler Truck Financial
14372 Heritage Parkway Suite 400
Fort Worth, TX 76117


Marlin Business Bank
P.O. Box 1626
Mount Laurel, NJ 08054


Mercedes Benz Financial Services USA
P.O. Box 5260
Carol Stream, IL 60197


Mitsubishi HC Capital America, Inc.
P.O. Box 128
Itasca, IL 60143


Mitsubishi HC Capital America, Inc.
One Pierce Place Suite 1100 West
Itasca, IL 60143


Senad Mujcinovic
3 Longmeadow Way
Lemont, IL 60439


Senad Mujcinovic
3 Longmeadow Way
Lemont, IL 60439


Siemens Financial Services, Inc.
301 Lindenwood Drive
Malvern, PA 19355


Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830


Sumitomo Mitsui Financing & Leasing Co.
666 3rd Avenue
New York, NY 10017


The Huntington National Bank
11100 Wayzata Blvd. Suite 700
Minnetonka, MN 55305

```
The Huntington National Bank
P.O. Box 77077
Minneapolis, MN 55480-7777


Webster Capital Finance, Inc.
P.O. Box 1654
Cedar Rapids, IA 52406-1654


Wells Fargo Equipment Finance, Inc.
600 South 4th Street
Minneapolis, MN 55415
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: American Transport Solutions, Inc.
Debtor(s)

Case No. _____
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for American Transport Solutions, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

April 20, 2024
Date

Joel Schechter
Signature of Attorney or Litigant
Counsel for American Transport Solutions, Inc.
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
(312) 332-0267 Fax:
joelschechter1953@gmail.com